UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE WYATT, JR., <br> ID #00333787 <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 3:23-CV-2245-X-BH |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). Plaintiff George Wyatt, Jr. filed an objection. (Doc. 7). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 17th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1